# United States District Court

_____ **EASTERN** _____ **DISTRICT OF** _____ **TENNESSE** _____

CLIFTON HAMPTON,                        JUDGMENT IN A CIVIL CASE

            V.

MICHAEL J. ASTRUE,                      CASE NUMBER: 3:08-cv-315
Commissioner of Social Security

[ ]     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

         IT IS ORDERED AND ADJUDGED that this matter is REMANDED under Sentence Four of 42 U.S.C.

         § 405(g) to the Commissioner for further consideration.

     January 26, 2009                        Patricia L. McNutt, Clerk
Date

                                                        By    s/ A. Brush
                                                        Deputy Clerk